IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALICE T., <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security; <br><br> Defendant. | **8:21CV14** <br><br> **ORDER** |

    IT IS ORDERED that Plaintiff's unopposed motion for extension of time (Filing 28) is granted. Accordingly, Plaintiff shall have until August 16, 20201, to file a motion to reverse the Commissioner's decision.

    Dated this 29th day of July 2021.

                                                      BY THE COURT:

                                                    *Richard G. Kopf*

                                                    Richard G. Kopf
                                                    Senior United States District Judge