IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALICE T., <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | 8:21CV14 <br><br> **ORDER** |

IT IS ORDERED that Plaintiff's unopposed motion for extension of time (Filing 34) is granted. Plaintiff shall have until October 29, 2021, to file a reply brief.

Dated this 28th day of September 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge